# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FARLIS ALMONTE and<br>RICARDO RODRIGUEZ,<br><br>　　　　　　　Defendants. | Case No.: 25-cr-01321-H<br><br>**I N F O R M A T I O N**<br><br>Title 18 U.S.C. § 371 and Title 8 U.S.C. § 1324(a)(2)(B)(ii) – Conspiracy to Bring in Aliens for Financial Gain (Felony)<br><br>Title 8 U.S.C. § 1324(a)(2)(B)(ii) – Bringing in Aliens for Financial Gain (Felony) and Title 18, U.S.C., § 2 – Aiding and Abetting<br><br>Title 18 U.S.C. § 201(b)(2)(C) – Receipt of Bribes by Public Official (Felony) |

The United States Attorney charges:

Count 1

Beginning on a date unknown and continuing at least up to and including January 20, 2025, within the Southern District of California and elsewhere, defendants FARLIS ALMONTE and RICARDO RODRIGUEZ, did knowingly and intentionally conspire with other persons known and unknown to bring to the United States illegal aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, § 1324(a)(2)(B)(ii).

Manner and Means

In furtherance of this conspiracy, and to effect the objects thereof, defendants FARLIS ALMONTE and RICARDO RODRIGUEZ utilized the following manner and means among others:

1. In their roles as United States Customs and Border Protection Officers assigned to, at times, the primary inspection booths at the San Ysidro Port of Entry, defendants FARLIS ALMONTE and RICARDO RODRIGUEZ were tasked with ensuring that only persons with legal status were allowed entry into the United States.

2. Defendants FARLIS ALMONTE and RICARDO RODRIGUEZ shared with their co-conspirators the times when they were scheduled to be operating the primary booths at the San Ysidro Port of Entry, along with the particular lane that they were assigned to.

3. During those periods, defendants FARLIS ALMONTE and RICARDO RODRIGUEZ would allow entry to illegal aliens by, among other things, failing to meaningfully inspect vehicles (and the occupants) that passed through the primary lanes they were assigned to.

4. During those periods and in an effort to conceal their activity, FARLIS ALMONTE and RICARDO RODRIGUEZ would fail to document into TECS the actual number of occupants in vehicles crossing through the primary lanes that they were assigned to.

Overt Acts

In furtherance of said conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed within the Southern District of California and elsewhere:

1. On or about August 24, 2024, defendant FARLIS ALMONTE admitted into the United States a white BMW that contained illegal aliens. After that crossing, FARLIS ALMONTE communicated with a co-conspirator his upcoming schedule at the San Ysidro Port of Entry, adding that he had seen earlier the driver of that BMW.

2. On or about October 15, 2024, defendant RICARDO RODRIGUEZ admitted into the United States a vehicle containing two visible passengers, yet RODRIGUEZ

documented into TECS that only the driver was present. The passengers were aliens without authorization to enter or remain in the United States.

3. On or about November 12, 2024, defendant RICARDO RODRIGUEZ admitted into the United States a vehicle containing several visible passengers, yet RODRIGUEZ documented into TECS that only the driver was present. The passengers were aliens without authorization to enter or remain in the United States.

4. On or about November 28, 2024, defendant RICARDO RODRIGUEZ admitted into the United States a vehicle containing several visible passengers, yet RODRIGUEZ documented into TECS that only the driver was present. The passengers were aliens without authorization to enter or remain in the United States.

5. On or about December 6, 2024, FARLIS ALMONTE admitted into the United States a white Honda sedan with an active TECS alert on its license plate without meaningful inspection. ALMONTE then falsely asserted to others that he instead received an error on his primary booth terminal and that there was not a white sedan at his booth when the alert populated. ALMONTE then documented into TECS that the vehicle contained only an "unknown" number of passengers. The passengers were aliens without authorization to enter or remain in the United States.

All in violation of Title 18, United States Code, § 371.

## Counts 2–4

On or about September 25, 2024, within the Southern District of California, defendant, FARLIS ALMONTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens, namely Diana JUAREZ-Sanchez, M.L.S.J., and M.B.S.J., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, § 1324(a)(2)(B)(ii) and Title 18, United States Code, § 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Counts 5–7

On or about November 28, 2024, within the Southern District of California, defendant, RICARDO RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens, namely FNU LNU, FNU LNU, and FNU LNU, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, § 1324(a)(2)(B)(ii) and Title 18, United States Code, § 2.

Count 8

Beginning on a date unknown and continuing up to and including January 20, 2025, within the Southern District of California and elsewhere, defendant, FARLIS ALMONTE, a public official, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally in return for being induced to do an act and omit to do an act in violation of his official duty; that is, in exchange for money, FARLIS ALMONTE agreed to admit aliens into the United States through the San Ysidro Port of Entry while he operated the primary inspection booths as a United States Customs and Border Protection Officer; in violation of Title 18, United States Code, § 201(b)(2)(C).

Count 9

Beginning on a date unknown and continuing up to and including January 20, 2025, within the Southern District of California and elsewhere, defendant, RICARDO RODRIGUEZ, a public official, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally in return for being induced to do an act and omit to do an act in violation of his official duty; that is, in exchange for money, RICARDO RODRIGUEZ agreed to admit aliens into the United States through the San Ysidro Port of Entry while he operated the primary inspection booths as a United States Customs and Border Protection Officer; in violation of Title 18, United States Code, § 201(b)(2)(C).

DATED: 4/16/2025

ADAM GORDON
United States Attorney

*/s/ Francisco A. Nagel*

FRANCISCO A. NAGEL
Assistant United States Attorney

5